UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FREDERICK LOUIS WARD,<br><br>             Plaintiff,<br>v.<br><br>UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF NEVADA<br><br>             Defendant. | 3:12-cv-00116-LRH-WGC<br><br>O R D E R |

      The Court has considered the Report and Recommendation of United States Magistrate Judge William G. Cobb (#2) entered on April 30, 2012, in which the Magistrate Judge recommends denying Plaintiff's request to proceed *in forma pauperis* (#1). No objections to the Report and Recommendation have been filed.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

///

///

///

///

///

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge
2  (#2) entered on April 30, 2012; therefore Plaintiff's application for leave to proceed *in forma pauperis* (doc.
3  #1 ) is DENIED.
4  IT IS SO ORDERED.

6  DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2